Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Defendant Discover Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gabrielle Carmello,<br><br>  Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC; Trans Union LLC; Innovis Data Solutions, Inc.; Discover Bank,<br><br>  Defendants. | Case No.: 2:25-cv-00121-JCM-NJK<br><br>Order Granting<br><br>**Joint Motion To Extend Time To Respond To Complaint**<br><br>**(First Request)** |

Defendant Discover Bank's ("Discover") response to plaintiff Gabrielle Carmello's complaint is due May 16, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including June 16, 2025, to respond to plaintiff's complaint. There is good cause for the extension because it will provide time for Discover to continue investigating plaintiff's allegations and confer with its counsel regarding a response to the complaint.

[continued on following page]

DMFIRM #405792292v1

1  This is the first request for an extension, and it is not sought for the purposes
2  of delay.

3  Dated: May 16, 2025

**BALLARD SPAHR LLP**

By: /s/ David E. Chavez
Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000

*Attorneys for Defendant Discover Bank*

**FREEDOM LAW GROUP**

By: /s/ George Haines
George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Counsel for plaintiff*

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 19, 2025

DMFIRM #405792292v1