Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Discover Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gabrielle Carmello, <br><br> Plaintiff, <br><br> vs. <br><br> Equifax Information Services LLC; Trans Union LLC; Innovis Data Solutions, Inc.; Discover Bank, <br><br> Defendants. | Case No. : 2:25-cv-00121-JCM-NJK <br><br> **Joint Motion to Extend Time to Respond to Complaint** <br><br> **Second Request** |

Defendant Discover Bank's ("Discover") response to plaintiff Gabrielle Carmello's complaint is due June 16, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including June 30, 2025, to respond to plaintiff's complaint. There is good cause for the extension because it will provide time for Discover and plaintiff to, most likely, resolve this claim.

[continued on following page]

DMFIRM #405792292v1

1    This is the second request for an extension, and it is not sought for the purposes
2 of delay.

| **BALLARD SPAHR LLP** | **FREEDOM LAW GROUP** |
|---|---|
| By: /s/ *David E. Chavez* | By: /s/ *George Haines* |
| Abran E. Vigil | George Haines |
| Nevada Bar No. 7548 | Nevada Bar No. 9411 |
| David E. Chavez | Gerardo Avalos |
| Nevada Bar No. 15192 | Nevada Bar No. 15171 |
| 1980 Festival Plaza Drive, Suite 900 | 8985 S. Eastern Avenue, Suite 350 |
| Las Vegas, Nevada 89135 | Henderson, Nevada 89123 |
| Telephone: 702.471.7000 | ghaines@freedomlegalteam.com |
|  | gavalos@freedomlegalteam.com |
| *Attorneys for defendant Discover Bank* | *Counsel for plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 17, 2025