1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gabrielle Carmello, | Case No.: 2:25-cv-00121 |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Unopposed Motion for Extension of Time to File Dismissal Documents** |
| Equifax Information Services LLC; Trans Union LLC; Innovis Data Solutions, Inc. and Discover Bank, | |
| Defendants. | |

The dispute between Gabrielle Carmello ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On July 14, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 27.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

///

- 1 -

- 2 -

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **October 12, 2025**, to file dismissal documents.

Dated: September 12, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Lona Feaker*

**IT IS SO ORDERED**
Dated: September 15, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge